UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES JONES                                                                                      PLAINTIFF
ADC #161342

V.                                      No. 4:21CV00814-JM-JTR

RODNEY WRIGHT, Sheriff
Saline County Sheriff's Office, *et al*.                                              DEFENDANTS

### ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Jones's notary-related claims against Wright, Parker, Rachel, and Griffin are DISMISSED, WITHOUT PREJUDICE.

2. Defendants Rachel and Griffin are TERMINATED as parties to this action.

Dated this 20th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE