# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

JAMES JONES                                                                       PLAINTIFF

V.                                          No. 4:21-CV-814-JTR

RODNEY WRIGHT, Sheriff,
Saline County Sheriff Office, *et al.*                                     DEFENDANTS

## ORDER[1]

Plaintiff James Jones ("Jones") has not complied with the Court's August 28, 2023 Order directing him to file a free-world Application to Proceed *In Forma Pauperis* or pay the filing fee for this action, and the time to do so has expired. *Doc. 38*. His mail is being returned undeliverable. *Doc. 39*.

Accordingly, this case is dismissed without prejudice due to lack of prosecution. Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 3rd day of October, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] By written consent of the parties, this case was referred to a United States Magistrate Judge to conduct all proceedings and order the entry of a final judgment, in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. *Doc. 28*.