# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

JAMES JONES                                                                PLAINTIFF

V.                           No. 4:21-CV-814-JTR

RODNEY WRIGHT, Sheriff,
Saline County Sheriff Office, *et al.*                            DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed, without prejudice. All relief sought is denied, and the case is closed.

DATED this 3rd day of October, 2023.

_____
UNITED STATES MAGISTRATE JUDGE